UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

FILED
SEP 13 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Joseph Ross Huffman
_____
(Enter your full name)
      Plaintiff(s)

v.

Drew Miller, Isaac Johnson, Janie Townsend,
Kelly Lenahan, Riley Mathews, Sam Rodberg
Sydney Mathieu, Dylan Roth, Andrew Hunt,
~~Tyler Rydosz, Steve Corrao~~
(Enter full name of each Defendant)
      Defendant(s)

CASE NUMBER: __W16CA361__
(To be supplied by Intake Deputy)

# COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Copperas Cove, TX 76522
2. Second Paragraph (Name and Address(es) of Defendant(s))
   Drew Miller, 3003 Regenwood DR, Murfreesboro, TN 37129
3. Third Paragraph (Jurisdiction Plea).
   Title 17 USC Chapter 5 Section 504(b) & Title 28 USC Chapter 28 Section 1338(b)
4. Fourth Paragraph ....
   Defendants: Sing into my silence (SR0000747437 / 2014-03-29) infringes
   Plaintiff: Sing into the silence (BMI Work #: 8682496)
5. Fifth Paragraph ...
   Full process revenue & injunctive relief

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed)  Joseph Ross Huffman
Address                  124 Chestnut DR
Telephone Number         Copperas Cove, TX 76522

Joseph Ross Huffman
124 Chestnut DR
Copperas Cove, TX 76522

**Work Title**: SING INTO THE SILENCE

| | |
|---|---|
| **BMI Work #**: 8682496 | **ISWC**: T-072.899.810-4 |
| **Date Registered**: 02/10/2007 | **Registration Origin**: Works Registration |

| **Songwriter/Composer** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| HUFFMAN JOSEPH ROSS | BMI | 200.00% | 00500573198 |

| **Publisher** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| EXCESS WRITER CLEARANCE | NA | 0.00% | |

e-lyricz
i
recommend
publish online / original (song)lyrics
Home | Register | How-to | Author Login                                                                October 25 |

Search [       ]

**Sept. 15. 08 - THIS SITE IS TEMP. CLOSED FOR A TOTAL SYSTEM OVERHAUL since this version is falling apart as many of you have noticed**

**PLEASE DO NOT ATTEMPT TO PUBLISH (or edit) IN THE MEANTIME. THAT WORK WILL BE LOST**
All existing lyrics untill sept 15. will reappear in the new website. All authors will recieve an email when the new site is up and running.
This will be within 4 weeks - so that is half October.
Thanx for your patience

lyric categories | Song Lyrics | theme: reflection | by: Joseph Huffman

xml

[DONATE]

Sing into the silence
(Verse 1)
One voice is all you need
When you're all alone
Just so long as you commence
Into the moonlite glow
There's always transendence
When you sing into the silence
With a candle in the dark
As you sing into the silence
(Chorus)
Sing into the silence
Don't need to have a sequence
No need to be apprehensible
So sing on into the silence
Just for the complacence
There's nothing reprehensible
Don't need to have a sequence
To sing into the silence
(Verse 2)
Every note is off key
Every word is out of tone
Yet it don't make no difference
When there's not a single soul
There's nothing obstentatious
When you sing into the silence
Don't think yourself eccentric
Just sing into the silence
(Repeat Chorus)
(Verse 3)
Sing on til' you're asleep
Sing on til' the light is shone
Sing your every sentence
Or sing a song you already know
Could be sitting on a couch
When you sing into the silence
So sing on into the silence
Sing into the silence
(Repeat Chorus)

by **Joseph Huffman**
published 08-Feb-2007
contact Joseph Huffman for permission before you use 'Sing into the silence' in any form
'Sing into the silence' © 2007 Joseph Huffman/Joseph Huffman - All rights reserved

Sing into the silence
Joseph Huffman
This lyric has been mailed 1 time(s). (since 11-30-03)

copyright ©1999-2008 www.e-LyricZ.com & Lyrics © by the individual authors, all rights reserved
FAQ | Terms of Use | Privacy policy | Contact | Bookmark e-LyricZ

|   |   |
|---|---|
| **Type of Work:** | Sound Recording and Music |
| **Registration Number / Date:** | SR0000747437 / 2014-03-29 |
| **Application Title:** | Sing Into My Silence, et al. |
| **Title:** | Sing Into My Silence, et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Drew Miller. Address: 3003 Regenwood Dr, Murfreesboro, TN, 37129, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-03-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Drew Miller; Citizenship: United States. Authorship: music, lyrics. |
| | Isaac Johnson; Citizenship: United States. Authorship: music. |
| | Janie Townsend; Citizenship: United States. Authorship: music. |
| | Kelly Lenahan; Citizenship: United States. Authorship: music, lyrics. |
| | Riley Mathews; Citizenship: United States. Authorship: music. |
| | Sam Rodberg; Citizenship: United States. Authorship: music. |
| | Sydney Mathieu; Citizenship: United States. Authorship: music. |
| | Dylan Roth; Citizenship: United States. Authorship: music. |
| | Andrew Hunt; Citizenship: United States. Authorship: music. |
| | Tyler Rydosz; Citizenship: United States. Authorship: music. |
| | Dan Miller; Citizenship: United States. Authorship: music. |
| **Pre-existing Material:** | A line of lyrics from 'When You Wish Upon A Star" and "It's A Small World After All," as well as a line of lyrics and melody from "If I Only Had A Brain.". |
| **Basis of Claim:** | music, lyrics. |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Sing Into My Silence. |
| | Who Are You, My Love? |
| | Small World. |
| | Man of Steel. |
| | Sentimental Man. |
| | The Painter. |
| | Meaningless. |
| **Names:** | Miller, Drew |
| | Johnson, Isaac |
| | Townsend, Janie |
| | Lenahan, Kelly |
| | Mathews, Riley |
| | Rodberg, Sam |
| | Mathieu, Sydney |
| | Roth, Dylan |
| | Hunt, Andrew |
| | Rydosz, Tyler |
| | Corrao, Steve |